IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARMON,<br>          Plaintiff(s),<br>   vs.<br>BRUNO STOLC, Warden,<br>          Defendant(s). | No. C 10-2233 CRB (PR)<br><br>ORDER OF TRANSFER<br><br>(Docket # 2) |

Plaintiff, an Alaska prisoner currently incarcerated at Hudson Correctional Facility in Hudson, Colorado, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging various violations of his constitutional rights while incarcerated at Red Rock Correctional Center in Eloy, Arizona. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the District of Arizona. See 28 U.S.C. § 82. Venue therefore properly lies in the District of Arizona. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the District of Arizona.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: May 27, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Harmon, J1.transfer.wpd